FILED
DISTRICT COURT OF GUAM
AUG 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
 United States Attorney
2 MARIVIC P. DAVID
 Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
 108 Hernan Cortez Avenue
4 Hagåtña, Guam 96910
 Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00044 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION OF PARTIES TO </br> ) CONTINUE SENTENCING |
| TOO KA-KEUNG a/k/a </br> TOO KA-KEUNG TONY, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, G. Patrick Civille, hereby stipulate to continue the sentencing hearing

//
//
//
//
//
//
//
//
//

currently scheduled for September 7, 2005, and that it be rescheduled to a date approximately four (4) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/31/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/31/05

_____
G. PATRICK CIVILLE
Attorney for Defendant

-2-