IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

SENTENCING

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2005
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CR-03-00044-002       DATE: 09/07/2005

***

HON. S. JAMES OTERO, Designated Judge, Presiding   Law Clerk: NONE PRESENT
Official Court Reporter: Wanda Miles                Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:43:37 - 10:05:55  CSO: B. Pereda

********************* A P P E A R A N C E S *************************
**DEFT: TOO KA-KEUNG aka TOO KA-KEUNG TONY**    **ATTY : G. PATRICK CIVILLE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.  ( X ) PRESENT   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC P. DAVID                  AGENT:

U.S. PROBATION: CARLEEN BORJA                    U.S. MARSHAL: W. GRAY

INTERPRETER: FOO MEE CHIN CLINNARD, PREVIOUSLY SWORN   LANGUAGE: MANDARIN

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:         Total offense level:         Criminal History Category:

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL


NOTES/OTHER MATTERS:

Counsel moved the Court to continue the matter because of Defendant's ongoing cooperation and to give the Defendant the benefit of a 5K1.1 motion. The Defendant agreed to continue his sentencing to a later date. The Court set the matter over for the reasons that the co-defendant's collateral case in New York is pending and because of the Defendant's ongoing Guam case. Status Hearing is set for March 7, 2006 at 2:00 P.M.