**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE** |
| TOO KA-KEUNG aka TOO KA-KEUNG TONY, | |
| Defendant. | |

The parties hereby stipulate that the status conference herein, currently scheduled for Tuesday, March 7, 2006, shall be continued to March 28, 2006, or to a date and time convenient to the Court after March 28. The parties make this request for the reason that counsel for Defendant is scheduled to commence trial on March 7 in *U.S. v. Christopher Espinosa*, Criminal Case No. 05-00053.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

By: *(signature)*
**G. PATRICK CIVILLE**
*Attorneys for Defendant*

Date: March 2, 2006

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: *(signature)*
**MARIVIC P. DAVID**
Special U.S. Attorney
*Attorneys for Plaintiff*

Date: March 3, 2006