LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> TOO KA-KEUNG, ) <br> a/k/a TOO KA-KEUNG TONY, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00044 <br><br> **ORDER** <br> RE: 9th Request to Continue |

Based on the Stipulation of Parties filed March 7, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference is continued to April 5, 2006, at 2:30 p.m.

___March 7, 2006___
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam