CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION OF PARTIES |
| | ) | TO CONTINUE STATUS |
| TOO KA-KEUNG aka | ) | CONFERENCE |
| TOO KA-KEUNG TONY, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate that the status conference herein, currently scheduled for ~~Tuesday~~ Wednesday, April 5, 2006, shall be continued to May 5, 2006, or to a date and time convenient to the Court after May 5, 2006. The parties make this request for the reason that counsel for Defendant is currently off-island for medical treatment.

SO STIPULATED.

**CIVILLE & TANG, PLLC**

By: _____
for G. PATRICK CIVILLE
*Attorneys for Defendant*

Date: April 4, 2006

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Special U.S. Attorney
*Attorneys for Plaintiff*

Date: April 4, 2006