

**FILED**
DISTRICT COURT OF GUAM

APR - 5 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | |
| vs. | **ORDER** |
| TOO KA-KEUNG<br>a.k.a TOO KA-KEUNG TONY, | |
| Defendant. | |

On April 4, 2006, the parties stipulated to continue the status conference presently scheduled for April 5, 2006, on the basis that defense counsel was off-island. The Court hereby grants the request and continues said status conference to Wednesday, May 10, 2006, at 2:30 p.m. Furthermore, the Government is directed to prepare a report regarding the status of the codefendant's case and to lodge in camera said report no later than May 3, 2006.

SO ORDERED this 5th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United Stated Magistrate Judge

ORIGINAL