LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TOO KA-KEUNG a/k/a ) <br> TOO KA-KEUNG TONY, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00044 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, G. Patrick Civille, hereby stipulate to continue the status conference

//
//
//
//
//
//
//
//
//

currently scheduled for May 10, 2006, and that it be rescheduled to a date approximately four (4) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 5-10-06

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 5-10-06

/s/
G. PATRICK CIVILLE
Attorney for Defendant

-2-