LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **RE: STIPULATION OF PARTIES** |
| TOO KA-KEUNG, | ) | |
| a/k/a TOO KA-KEUNG TONY, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties filed May 10, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status conference is continued to September 6, 2006, at 9:30 a.m.

**SO ORDERED**, this 10 day of May, 2006.

JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.