LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00044 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES TO VACATE STATUS CONFERENCE AND SET SENTENCING DATE** |
| TOO KA-KEUNG a/k/a TOO KA-KEUNG TONY, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, G. Patrick Civille, hereby stipulate to vacate the status conference currently scheduled for September 6, 2006, and set a sentencing date.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 9/1/06

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 9/1/06

_____
G. PATRICK CIVILLE
Attorney for Defendant