LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> TOO KA-KEUNG, ) <br> a/k/a TOO KA-KEUNG TONY, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00044 <br><br> ORDER <br> RE: STIPULATION OF PARTIES <br> TO VACATE STATUS CONFERENCE; <br> AND SET SENTENCING DATE |

Based upon the stipulation of the parties,

**IT IS ORDERED** that the Status Conference currently scheduled for September 6, 2006, is hereby vacated, and sentencing is set for December 27, 2006 at 10:00 a.m. The presentence report shall be provided to the parties no later than November 15, 2006. The parties shall file their responses to the presentence report no later than November 29, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than December 13, 2006.

SO ORDERED this 7th day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge