

**FILED**
DISTRICT COURT OF GUAM

OCT -3 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOO KA-KEUNG,<br><br>    Defendant. | Criminal Case No. 03-00044<br><br>**ORDER RE:<br>PRESENTENCE REPORT** |

On September 7, 2006, the Court issued an order requiring the Probation Office to provide a Presentence Report to the parties by November 15, 2006. The Court, however, notes that a Presentence Report was previously prepared and provided to the parties. Accordingly, the Probation Office is ordered to prepare an updated Presentence Report by November 15, 2006, for the parties' review. The parties shall each file a response to the updated Presentence Report no later than November 29, 2006. A copy of the updated Presentence Report, addendum and recommendation shall be provided to the Court by December 13, 2006. Sentencing shall occur on December 27, 2006, at 10:00 a.m. as previously scheduled.

Dated this 3rd day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**ORIGINAL**