LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>)<br>TOO KA-KEUNG, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 03-00044<br><br>GOVERNMENT'S MOTION<br>FOR A DOWNWARD DEPARTURE<br>UNDER USSG § 5K1.1 AND<br>18 U.S.C. § 3553(e) |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the applicable total offense level to Level 29, which will yield an advisory guideline range of 87 to 108 months with Criminal History Category I.

The defendant has provided substantial assistance to agents with the Drug Enforcement Administration in their investigation of drug trafficking activities. The defendant was indicted with his associate Mak Kam Fai a/k/a Mak Fai in the instant case. After his decision to cooperate with law enforcement, the defendant fully informed the government of his knowledge of Mak Kam Fai's drug-related activities involving the shipment of methamphetamine and other drugs to Guam and elsewhere. Upon learning of the defendant's willingness to testify in Mak Kam Fai's trial in Guam, said co-defendant, who is presently in custody in the Southern District of New York (SDNY) on other federal charges, elected to transfer his Guam case for plea and sentence in the SDNY. As well, the defendant would have been a government witness and available to testify in the

trial of <u>U.S. v. Wing Kwong Cheung a/k/a Ricky</u>, CR# 04-00013, however, no such trial was necessary since Cheung pleaded guilty, and received a sentence of 151 months on June 10, 2005.

For all these reasons, a downward departure to Level 29 is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this __17th__ day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2