LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | |
| vs. | GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT; AND MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY |
| TOO KA-KEUNG, | |
| Defendant. | |

    Comes now the United States and adopts the findings of the Presentence Investigation Report with the following exception:

    The defendant has assisted authorities in the investigation and prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Thus, paragraph 44 should reflect that an additional one-level decrease for acceptance of responsibility under USSG § 3E1.1(b) is warranted.

Also, prior to the sentencing hearing, the government intends to file a downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 17 day of November 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and CNMI

By:           *[signature]*
          MARIVIC P. DAVID
          Assistant U.S. Attorney

2