LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| TOO KA-KEUNG, a/k/a TOO KA-KEUNG TONY | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, TOO KA-KEUNG, by and through his attorney, G. Patrick Civille, and hereby stipulate and request that the Sentencing hearing currently set for December 27, 2006,

//
//
//
//
//

be continued on or about January 8, 2007, or a later date to be set by the Court. The parties make this request for the reason that government counsel will be off-island on December 27, 2006.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

11-29-06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

11/29/06
Date

G. PATRICK CIVILLE
Attorney for Defendant

2