LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC -6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> TOO KA-KEUNG, ) <br> a/k/a TOO KA-KEUNG TONY, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00044 <br><br> **ORDER** <br> **RE: STIPULATION** <br> **TO CONTINUE SENTENCING** |

**IT IS SO ORDERED** that the Sentencing hearing scheduled for December 27, 2006, is continued to January 17, 2007 at 9:30 a.m.

12/06/06
DATE

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL