CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, ) | |
| vs. ) | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| TOO KA-KEUNG aka ) TOO KA-KEUNG TONY, ) | |
| Defendant. ) | |

The parties hereby stipulate that the sentencing of the defendant, currently scheduled for Wednesday, January 17, 2007, shall be continued approximately thirty (30) days, to February 16, 2007, or to a date and time convenient to the Court.

SO STIPULATED.

| CIVILLE & TANG, PLLC | LEONARDO M. RAPADAS |
| | **United States Attorney** |
| | Districts of Guam and NMI |
| By: *[signature]* | By: *[signature]* |
| **G. PATRICK CIVILLE** | **MARIVIC P. DAVID** |
| *Attorneys for Defendant* | Special U.S. Attorney |
| | *Attorneys for Plaintiff* |
| Date: January 5, 2007 | Date: January 8th, 2007 |