330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*



**FILED**
DISTRICT COURT OF GUAM

JAN - 9 2007

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00044 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING HEARING** |
| TOO KA-KEUNG aka TOO KA-KEUNG TONY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 17, 2007, is hereby rescheduled to _February 21_, 2007, at the hour of _9:30_ _a_.m.

SO ORDERED this _9th_ day of January, 2007.

FRANCES M. TYDINGCO-GATEWOOD
CHIEF JUDGE

**ORIGINAL**