AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

United States of America

**NOTICE**

V.

**TOO KA-KEUNG aka TOO KA-KEUNG TONY**     CASE NUMBER: **CR-03-00044-002**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Wednesday, February 21, 2007 at 9:30 a.m.** | **Tuesday, March 13, 2007 at 1:30 p.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**February 16, 2007**     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         G. Patrick Civille
         U.S. Probation Office
         U.S. Marshals Service

Case 1:03-cr-00044     Document 51     Filed 02/16/2007     Page 1 of 1