**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING MOTION TO** |
| | ) | **SEAL DEFENDANT'S RESPONSE TO** |
| TOO KA-KEUNG aka | ) | **PRESENTENCE REPORT** |
| TOO KA-KEUNG TONY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Defendant's Motion to file his response to the presentence investigation report under seal is GRANTED for the reasons set forth in the motion.

SO ORDERED this 16th day of February, 2007.



/s/ Hon. Frances M. Tydingco-Gatewood
Chief Judge