**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-03-00044-002                                              DATE: March 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 10:33:34 - 11:59:55
CSO: B. Benavente

**APPEARANCES:**

Defendant: Too Ka-Keung aka Too Ka-keungTony          Attorney: G. Patrick Civille

☑ Present ☑ Custody ☐ Bond ☐ P.R.                     ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Marivic P. David                        U.S. Agent: Tom Churchin and Jon Anderson, D.E.A.
U.S. Probation: Carleen Borja                          U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Foo Mee Chun Clinard                      Language: Chinese Cantonese

**PROCEEDINGS: Sentencing**

- Motion for Downward Departure and Motion for Additional One-Level Departure for Acceptance of Responsibility <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>87 Months.</u>
- Court recommendation to the Bureau of Prisons for incarceration at a <u>West Coast Facility.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>5 Years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Government's oral motion to dismiss Count II <u>granted</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.
  Defendant advised of appeal rights.

NOTES: Agent Jon Anderson appeared by video conference.  He was sworn and examined.

   No further written orders on the motions will be forthcoming.