Honourable
FRANCES TYDINGCO-GATEWOOD
CHIEF JUDGE
US Court house
4th Floor
520W Soledad Ave.,
Hagatna,Guam
96910.

RECEIVED
JUL 11 2008
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

Inmate :Too ka keung
USM No :26640-112
Case No:CR-0300044-002
P.O.Box7001
Taft, CA93268
USA.

Date :Jul 07,2008

Dear Honourable Chief Judge:

In 2006,I was sentenced by you in your court to a term of 87 munths. I am currently sarving this term at TAFT Correctional Institution "TCI" in Colifornia, TCI's records inadicate that I will be released on Jan 12, 2010 this release date reflects on assumption of earned good time credits for the full term of my sentence.

I was arrested in Hong Kong on May 19,2003 and extradite to the Los Angeles MDC "LAMDC" in Sept 19,2003 I was sent to Guam DOC a months later. I do not believe that my release date of Jan 12,2010 reflects the four months from initial arrest in Hong Kong until arriving at the LAMDC; it is my recollection that when you sentence me. You instructed that I receive credit for these four months.

My case manager at TCI has not been able to determine whether I am eligible for credit for those four months. My case manager has also contacted the BOP and they are also unable to assist with this matter.

I would appreciate you sending me a letter confirming that I am to receive credit for the four months from my arrest in Hong Kong to my arrival at LAMDC.

Your sincerely
Too ka keung

KA KEUNG TOU
26640-112
P.O. Box 7001
TAFT, CA 93268

BAKERSFIELD CA 933
MOJAVE CA
07 JUL 2008 PM 2 L

TO : FRANCES TYDINGCO-GATEWOOD
( CHIEF JUDGE )
US COURT HOUSE
4th FLOOR
520W SOLEDAD AVE,
HAGATNA, GUAM
96910

**TAFT CORRECTIONAL INSTITUTION**
**P.O. BOX 7000 - TAFT, CA 93268**

THE ENCLOSED MAIL WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE MAIL HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS. 7/7/08